1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | SECURITY NATIONAL
INSURANCE COMPANY,

CASE NO. 21-cv-1287

11
Plaintiff,

ORDER GRANTING EXTENSION
OF DISPOSITIVE MOTION
DEADLINE

12
v.

13
MICHELLE URBERG et al.,

14
Defendants.

15

16

17     This matter is before the Court on Defendants' Motion to extend the dispositive deadline

18 for an additional two weeks. (Dkt. No. 21.) The Court, having reviewed the Motion, Plaintiff's

19 Response (Dkt. No. 22) and all other relevant material, GRANTS Defendants' Motion.

20     The Court HEREBY extends the dispositive motion deadline to December 23, 2022.

    The clerk is ordered to provide copies of this order to all counsel.

21
//

22
//

23
//

24

ORDER GRANTING EXTENSION OF DISPOSITIVE MOTION DEADLINE - 1

Dated December 16, 2022.

Marsha J. Pechman
United States Senior District Judge