UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE URBERG; LEE BAUGH; WILLIAM REEVE; MARISSA MORGAN; HAOTIAN SUN; XIAN GONG; DOUGLAS PYLE, Washington residents,<br><br>Defendant. | CASE NO. 2:21-cv-1287<br><br>ORDER ON THE PARTIES STIPULATED MOTION TO CONTINUE TRIAL |

This matter is before the Court on the Parties Stipulated Motion to Continue Trial. (Dkt. No. 36.) Having reviewed the Motion, the docket, and all relevant material, the Court DENIES the Motion.

The Parties cite to their pending motions for summary judgment as the reason for continuing the trial. Security National's motion for summary judgment noted on January 6, 2023 (Dkt. No. 29), but Defendants' competing motion did not note until January 20, 2023. Under

1  Local Rule 7(5) all motions will be decided as soon as practicable, and normally within thirty
2  days following the noting date. The Court is eight days behind the thirty day deadline for
3  Defendants' noting date. The Parties have been aware of this trial date since last year and they
4  could have filed their motions prior to the dispositive motion deadline, or at least filed their
5  competing motions at the same time given that the Court would consider them together
6  regardless. The Court does not find a continuance to be necessary in this matter.
7        The clerk is ordered to provide copies of this order to all counsel.
8        Dated March 1, 2023.

                                            Marsha J. Pechman
                                            United States Senior District Judge