UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITY NATIONAL INUSRANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELLE URBERG; LEE BAUGH; WILLIAM REEVE; MARISSA MORGAN; HAOTIAN SUN; XIAN GONG; DOUGLAS PYLE; LND CONSTRUCTION, LLC.,<br><br>  Defendants. | CASE NO. 2:21-cv-1287<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Defendants' Motion to Extend Motion Response Deadline (Dkt. No. 26), is hereby DENIED as moot.

//

//

MINUTE ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed March 6, 2023.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2