UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE URBERG et al.,<br><br>Defendant. | CASE NO. 2:21-cv-1287 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Court's Order on Cross-Motions for Partial Summary Judgment and the Parties' upcoming trial set to begin on April 10, 2023, the Court orders the Parties to meet and confer as to whether they plan to proceed to trial with their remaining claims, and if not then what the Court should do with their remaining claims. The Parties should provide a status update to the Court no later than Friday, March 31, 2023.

//

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed March 22, 2023.

                    Ravi Subramanian
                    Clerk of Court

                    s/Serge Bodnarchuk
                    Deputy Clerk

MINUTE ORDER - 2