UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>MICHELLE URBERG et al.,<br><br>   Defendants. | CASE NO. 2:21-cv-1287 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court amends it previous minute order requesting the parties to meet and confer regarding their upcoming trial. The Court previously ordered the parties to meet and confer and report back to the Court no later than Friday, March 31, 2013. (Dkt. No. 40.) However, the parties have a pretrial conference scheduled for Thursday, March 30, 2023. The Court orders the parties to meet and confer as to whether they plan to proceed to trial with their remaining claims,

1 | and if not, then direct the Court as to what they would like done with their remaining claims. The
2 | parties should provide a status update no later than **Monday, March 27, 2023**.

3 | The clerk is ordered to provide copies of this order to all counsel.

4 | Filed March 23, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk
