UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY,, <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE URBERG, LEE BAUGH, MARISSA MORGAN, HAOTIAN SUN, XIAN GONG, DOUGLAS PYLE, all Washington residents, <br><br> Defendant. | CASE NO. 2:21-cv-1287 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Following the proceedings with the parties held telephonically before Court earlier today, the Court hereby STRIKES the parties' trial set for April 10, 2023. The Court ORDERS the parties to inform the Court by no later than April 10, 2023, how the Court should proceed with their remaining claims.

MINUTE ORDER - 1

1    Currently before the Court are the parties' respective motions to dismiss their remaining

2    claims. The Court asks the parties to each file briefs regarding whether the Court has jurisdiction

3    to rule on the motions given Defendants' appeal before the Ninth Circuit. The parties have until

4    Monday, April 10, 2023, to file a brief with the Court on this issue.

5    The clerk is ordered to provide copies of this order to all counsel.

6    Filed April 3, 2023.

                          Ravi Subramanian
                          Clerk of Court

                          s/Serge Bodnarchuk
                          Deputy Clerk